1016

[No. 35795-0-II.   Division Two.   December 24, 2007.]
THE STATE OF WASHINGTON, *Respondent*, v. GEORGE ARTHUR SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02543-3, Ronald E. Culpepper, J., entered December 13, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 35936-7-II.   Division Two.   December 24, 2007.]
THE STATE OF WASHINGTON, *Respondent*, v. SHAWN RAY GALEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00063-5, Stephanie A. Arend, J., entered January 18, 2007. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 25335-0-III.   Division Three.   December 27, 2007.]
THE STATE OF WASHINGTON, *Respondent*, v. J.H., *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 06-8-00082-3, David S. Edwards, J. Pro Tem., entered June 7, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Stephens, J.

[No. 25350-3-III.   Division Three.   December 27, 2007.]
THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN ESPERICUETA SANCHEZ CORRALES, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 06-1-00070-4, Jack Burchard, J., entered June 30, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Stephens, JJ.